Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND,<br><br>    Plaintiff,<br><br>vs.<br><br>HOUSTON CORPORATION, a foreign corporation,<br><br>    Defendant. | CAUSE NO.: CV5-1311RSM<br><br>STIPULATION, JUDGMENT AND ORDER<br><br>**Clerk's Action Required** |

Defendant Houston Corporation, a foreign corporation (Employer) stipulates to Judgment in favor of Plaintiff Employee Painters' Trust Health & Welfare Fund (Trust Fund), and stipulates that the Court may enter Judgment as follows:

**SUMMARY OF JUDGMENT**

1. Judgment Creditor:   Employee Painters' Trust Health & Welfare Fund
2. Judgment Debtor:   Houston Corporation
3. Contributions:                                        $21,909.94
4. Liquidated Damages:                              $6,843.01
5. Interest:                                                   $644.08
6. Costs:                                                       $365.00
7. Attorney's Fees:                                    $1,000.00
8. Post-Judgment Interest: 12% per annum

STIP, JUDGMENT & ORDER
CASE NO. CV5-1311RSM - PAGE 1 OF 4

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1  9.   Attorney for Judgment Creditors:   Robert A. Bohrer
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer St., Ste. 400
Seattle, WA  98119

10.   Defendant Employer hereby stipulates to judgment in favor of Plaintiff Trust Fund in the amount $30,762.03, representing contributions covering the period May through July 2005 in the amount $21,909.94, liquidated damages in the amount $6,843.01, interest in the amount $644.08, costs in the amount $365.00 and attorney fees in the amount $1,000.00, for a total amount owing of $30,762.03 and does hereby authorize the Court to enter Judgment against Defendant Employer and in favor of Plaintiff Trust Fund, without further notice or opportunity to be heard.  This Stipulation and Judgment is for money justly due and owing to Plaintiff Trust Fund arising out of that certain labor agreement between Defendant Employer and the Union which contract requires the payment of fringe benefit contributions and ancillary charges to Plaintiff Trust Fund.  The Judgment amount is based on unfunded report forms.

11.   This Stipulation is based on representations by the Employer.  The Trust Fund has not audited or otherwise verified the accuracy of the Employer's reports of contributions due.  The Employer understands that the Trust Fund therefore reserves the right to pursue additional claims that may be discovered in the future.

DATED this _____ day of _____, 2005.

_____
Authorized Representative of Houston Corporation, a foreign corporation

STIP, JUDGMENT & ORDER
CASE NO. CV5-1311RSM - PAGE 2 OF 4

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

s/Robert A. Bohrer
WSBA #5050
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA 98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: r.bohrer@ekmanbohrer.com
Attorney for Plaintiffs

### ORDER

Pursuant to the Stipulation of the parties, and otherwise being generally advised, it is hereby

**ORDERED** that Plaintiff Trust Fund be awarded Judgment against Defendant Employer representing delinquent fringe benefit contributions covering the period May through July 2005 in the amount $21,909.94, liquidated damages in the amount $6,843.01, interest in the amount 644.08, costs in the amount $365.00, and attorney's fees in the amount $1,000.00, for a total amount owing of $30,762.03.

**IT IS FURTHER ORDERED** that such Judgment be deemed a final Judgment pursuant to CR 54(b) and there is no just reason for delay in entry of such Judgment on Plaintiff Trust Fund's claim herein.

**IT IS FURTHER ORDERED** that if a payroll audit has not been conducted for the time period covered by this Judgment, Plaintiff Trust Fund reserves the right to later claim additional amounts for the period, covered by this Order in the event additional amounts are disclosed in the future.

//
//

STIP, JUDGMENT & ORDER
CASE NO. CV5-1311RSM - PAGE 3 OF 4

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1    **IT IS FURTHER ORDERED** that this Judgment shall accrue interest on the total
2    unpaid balance at the rate of 12% per annum.

3

4    DATED this  11 Day of October, 2005.

5

6

7

8    RICARDO S. MARTINEZ
     UNITED STATES DISTRICT JUDGE

9

10

11   Presented by:

12   s/Robert A. Bohrer
     WSBA #5050
13   Ekman, Bohrer & Thulin, P.S.
     220 W. Mercer, Ste. 400
14   Seattle, WA  98119
     Telephone: (206) 282-8221
15   Fax: (206) 285-4587
     E-mail: r.bohrer@ekmanbohrer.com
16   Attorney for Plaintiff

17

18

19

20

21

22

23

24

25

STIP, JUDGMENT & ORDER
CASE NO. CV5-1311RSM - PAGE 4 OF 4

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587